```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF GEORGIA
                           ATHENS DIVISION


DONNA LYNN SIMS,                      *

        Plaintiff                     *

vs.                                   *
                                              CASE NO. 3:11-CV-82 (CDL)
MICHAEL ASTRUE, Commissioner of       *
Social Security,
                                      *
        Defendant
                                      *
```

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation of the United States Magistrate Judge filed on January 25, 2012. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

THIS SO ORDERED, this 15th day of February, 2012.

                                    s/Clay D. Land
                                    CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE